IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL JOSEPH KEARNS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-11-CV-642-LY |
| | § | |
| FEDERAL HOME LOAN MORTGAGE CORP., | § | |
| DEFENDANT. | § | |

### AMENDED FINAL JUDGMENT

Before the Court is the above-styled and numbered cause. On November 18, 2011, the Court granted Federal Home Loan Mortgage Corporation's Motion for New Trial and to Amend Judgment (Clerk's Doc. No. 17), set aside the Final Judgment of October 5, 2011 (Clerk's Doc. No. 14), and issued a new order on the Magistrate Judge's Report and Recommendation. Accordingly, the Court renders the following Amended Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 23rd day of November, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE